Welbon A. DELON, Plaintiff—
Appellant,

v.

The NEWS AND OBSERVER PUB-
LISHING COMPANY OF RALEIGH,
North Carolina, a McClatchy Newspa-
per, Defendant—Appellee.

No. 08–1203.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2008.

Decided: May 6, 2008.

Welbon A. DeLon, Appellant Pro Se. Robert E. Harrington, Angelique Regail Vincent, Robinson, Bradshaw & Hinson, PA, Charlotte, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Welbon A. DeLon appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *DeLon v. The News & Observer Publishing,* No. 1:05–cv–00259–WO–PTS (M.D.N.C. Jan. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*